# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1284
_____

| | | |
|---|---|---|
| Michael W. Bolin, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Western |
| v. | * | District of Arkansas. |
| | * | |
| Allen Canning Company, Inc., | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: September 17, 2003

Filed: September 24, 2003
_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.

Michael W. Bolin appeals the district court's[*] dismissal of Bolin's motion for a new trial in his civil suit. Initially, we deny Allen Canning Company's motion to dismiss the appeal. Having carefully reviewed the limited record before us and the parties' submissions on appeal, we conclude Bolin is not entitled to a new trial based on the alleged withholding of records and ineffective assistance of counsel.

We thus affirm the judgment of the district court. See 8th Cir. R. 47B.

_____

[*]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.